IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CATALYST MEDIUM FOUR, INC., dba Silk, a Texas Corporation, <br> Plaintiff, <br> v. <br> ULTRAPROOF, INC., a Nevada Corporation, <br> Defendant. | § § § § § § § § § § | Civil Action No. 17-cv-6833 <br><br> JURY TRIAL DEMANDED |

# EXHIBIT 1

# Declaration of Matt Altschul

J. Scott Denko
Texas State Bar No. 00792457 (*Pro Hac Vice Pending*)
John Marcus Bustamante
Texas State Bar No. 24040618 (*Pro Hac Vice Pending*)
DENKO & BUSTAMANTE LLP
114 W. 7th Street, Suite 1100
Austin, TX 78701
Telephone: (512) 906-2074
denko@dcllegal.com
bustamante@dcllegal.com

Perry R. Clark
California State Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Perry@perryclarklaw.com

*Counsel for Plaintiff, CATALYST MEDIUM FOUR, INC., dba Silk, a Texas Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CATALYST MEDIUM FOUR, INC., dba Silk, a Texas Corporation, | |
| Plaintiff, | Civil Action No. _____ |
| vs. | |
| ULTRAPROOF, INC., a Nevada Corporation, | JURY TRIAL DEMANDED |
| Defendant. | |
| Defendant. | |

<u>**DECLARATION OF MATT ALTSCHUL**</u>

I, Matt Altschul, do hereby certify, affirm and state that:

1. I am over 18 years of age and competent to testify of my own knowledge as to the facts stated herein.

2. All facts stated by me herein are true, correct and complete to the best of my knowledge and understanding and any facts referred to here which are not of my personal knowledge are believed to be true.

3. I am the President & CEO of Catalyst Medium Four, Inc., dba Silk (hereafter "Silk" and formerly known as CM4).

4. Catalyst Medium Four, Inc. was founded as a California corporation in Los Angeles, California in July of 2009. Its operations were moved to Austin Texas in October of 2010. In December 2012, the California corporation Catalyst Medium Four, Inc. ceased operations and a new Catalyst Medium Four, Inc. was incorporated in Texas in December 2012. For convenience, and to track our marketing name, I will refer to Catalyst Medium Four, Inc. as "Silk" in this Declaration. Although Catalyst Medium Four, Inc. has other shareholders, I am the only shareholder that plays an active role in the company today.

5. I manage most of the substantial parts of the business including all of the wholesale business. I oversee customer service, operations, and manufacturing, as well as accounting and legal affairs such as business permitting and taxes and I personally maintain our information technology networks.

6. Because I manage the company's production, I manage our inventory levels and production and product supply chain volumes so we can match our production with anticipated demand. I also work with our warehouses and shipping

1 partners and companies to ensure reliable shipment and deliver of our products to
2 our customers.

3     7. My responsibilities further include product and advertising design and
4 management. I design product packaging, website updates (for which I write the
5 code myself), and sales brochures and banner advertisements which are placed on
6 other websites that drive traffic to our business.

7     8. Silk designs and sells mobile phone cases. Since 2011, we have been
8 continuously engaged in the design, manufacture and sale of mobile phone cases for
9 a variety of phones from major manufacturers such as Apple and Samsung, for
10 example. Silk designed, advertises and sells a mobile phone case for use with the
11 Apple iPhone 7/8 that we market under a variety of phrases that have in common
12 the terms "Vault" and "Wallet" and which we call the "Vault Wallet." We market
13 the iPhone 7/8 mobile phone case under our trade name "Silk." We have sold a
14 series of mobile phone cases for Apple phones under the Silk name since September
15 of 2014 and previous to that, under prior Catalyst Medium Four, Inc. trade names
16 "CM4" and "Slite."

17     9. Those sales continue today and in August of 2016 we launched our
18 Vault Wallet for the iPhone 7/8. The Vault Wallet (for the iPhone 7/8) was a direct
19 descendent of the prior product for the iPhone 6 known as the Vault for iPhone 6.
20 Silk spent months and thousands of dollars designing the Vault product line
21 including the Vault Wallet. Hundreds more hours were spent designing the
22 production tooling and arranging the manufacturing processes that have resulted
23

1  in the Vault product line.  Silk has spent over $500,000 advertising and marketing
2  the Vault product line including the Vault Wallet.  Thousands more dollars have
3  been spent by Silk on production costs for the Vault product line.  Further,
4  thousands of units of inventory of the Vault Wallet have been produced and stored
5  by Silk.

6  10. Exhibit 2 to the Complaint is a true and correct copy of the Copyright
7  Registration VA 2-051-414 owned by Silk.  This Copyright Registration includes
8  some of our marketing photographs and materials we use in marketing the Vault
9  Wallet.  I took and produced the photographs of Exhibit 2 which depict an accurate
10 rendition of the Vault Wallet for the iPhone 7/8.

11 11. Silk offers and sells the Vault Wallet throughout the United States
12 from a variety of stores and websites.  For example, the distributor Synnex
13 distributes the Vault Wallet in stores across the United States including, for
14 example, Fry's Electronics and Microcenter.  The genuine Vault Wallet is also sold
15 in Canada, Europe and China.  Silk sells the Vault Wallet through its own website,
16 www.silksmartish.com as well as through EBay and Amazon.  Exhibit 3 is a true
17 and correct copy of an Amazon page illustrating the genuine Vault Wallet as offered
18 by Silk through Amazon.  Exhibit 3 notes that there are over 1,000 comments on
19 our genuine Vault Wallet and the vast majority of those are laudatory.

20 12. Because we sell a number of our products on Amazon, I regularly check
21 the Amazon pages to evaluate not only our own products and marketing, but the
22 products and marketing of others in our market.  In mid-September of this year, I
23

1  noticed that a competing product that copied certain design features of and looked
2  like our Vault Wallet was appearing on Amazon.  Exhibit 6 is a true and correct
3  copy of an Amazon page depicting the product from Ultraproof that copies a number
4  of design elements of our Vault Wallet.  Exhibit 7 is a true and correct copy of some
5  of the images that Ultraproof is using to market what we call their Imposter Vault
6  Wallet.  This conduct by Ultraproof was not a surprise to me because I had seen
7  mobile phone related products from Ultraproof before that looked like our products.
8  For example, sometime in early 2017 they began selling a product marketed for the
9  Samsung Galaxy s8 they called the Trianium Galaxy s8 Wallet Case.  In the
10 marketing for that product, Ultraproof used the phrase "Lay-flat/Raised Lip Screen
11 design for ultimate screen protection."  We use the marketing phrase "Lay Flat
12 Screen Guard" to market our Vault Wallet.  In fact, we have a trademark
13 registration on the Supplemental Register for that mark.  In some of the marketing
14 images for their Trianium Galaxy s8 Wallet Case, they illustrated their product
15 with a photo that is substantially similar to images Ex 2A and Ex 2B from our
16 Copyright Registration (Exhibit 2) and even went so far as to use our exact phrase
17 "Carry 3 Cards + Cash."  After our lawyer contacted Ultraproof they made some
18 minor changes to the phrases they use in their marketing but in our view, they have
19 been trading off our marketing and success and product design for some time.
20        13.    Sometime during the late summer they started selling a directly
21 competing product to our Vault Wallet for iPhone 7/8.  And just like their Samsung
22 product I discussed above, they copied certain distinctive features of our product
23

1  into theirs.  We call their product for iPhone 7/8 the Impostor Vault Wallet because
2  it looks like our genuine Vault Wallet.  I have been in this business for many years
3  and in my opinion an average consumer would be confused about the origin of their
4  product particularly in the context of their advertising materials that also copy
5  many of the style elements and phrases and images we use in our marketing
6  materials.  They seem to have been careful to not use a mold of our product, but
7  their Impostor Wallet product is certainly a simulacrum of our Vault Wallet.  Now
8  they are directly competing against our genuine Vault Wallet with a design that
9  mimics several arbitrary design features that identify the product as coming from
10 Silk as I explain in the next paragraph.  In short, I believe that their Impostor
11 Wallet of our Vault Wallet is just one in a series of actions they have taken to try to
12 take advantage of our market success and position.
13     14.    Our Vault Wallet phone case exhibits design elements that are
14 distinctive and characteristic to our company's products.  For example, as we have
15 done on many of our prior Vault products for Apple phone, we place what is called
16 a "thumb-out" in a particular place on the back of the Vault Wallet.  The thumb out
17 provides access for the user's thumb to push from the card slot cards held in the
18 Vault Wallet.  Many mobile phone cases that provide a space for credit cards have
19 such an opening but ours is of a distinctive size and placement that helps identify
20 the overall product as a Vault mobile phone case from Silk.  Over the years, we have
21 included other distinctive design elements in our Vault products for Apple phones.
22 For example, we designed into the Vault products a sloping angular bevel along the
23

1  backside which has come to be a characteristic and distinctive design feature that

2  identifies the product as ours.  We also position the card slot opening itself along

3  the right hand side of the back and spaced up from the corner a particular distance

4  that gives the product a distinctive look that identifies it as ours.  Exhibit 4 to the

5  Complaint identifies the distinctive thumb – out, back side bevel and position of our

6  card slot on our genuine Vault Wallet.  Exhibit 4 also shows, however, the Impostor

7  Vault Wallet from Ultraproof which mimics these features and therefore invokes

8  the visual impression conveyed by our product.  The use of our design elements by

9  Ultraproof, Inc. in their Trianium products is not authorized by Silk.

10        I declare under penalty of perjury that the foregoing is true and correct.

12  Dated:  November 28, 2017         By:  _____
13                                        Matt Altschul