IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CATALYST MEDIUM FOUR, INC., dba Silk, a Texas Corporation,<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | Civil Action No. 17-cv-6833 |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| ULTRAPROOF, INC., a Nevada Corporation,<br>    Defendant. | §<br>§<br>§ | |

# EXHIBIT 2
# 2A – 2G

U.S. Copyright Office Registration VA 2-051-414

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-051-414**

**Effective Date of Registration:**
May 26, 2017

## Title

**Title of Work:** Group Registration Photos, Vault Slim Wallet case, published Sept. 1, 2016; 7 photos.

**Content Title:** Vault Slim Wallet case, Straight view, Sept. 1, 2016

Vault Slim Wallet case, Carry 3 Cards + Cash, Sept. 1, 2016

Vault Slim Wallet case, Reinforced Substructure with text, Sept. 1, 2016

Vault Slim Wallet case, Reinforced Substructure, Sept. 1, 2016

Vault Slim Wallet case, High-Grip Texture, Sept. 1, 2016

Vault Slim Wallet case, Lay Flat Screen Guard, Sept. 1, 2016

Vault Slim Wallet case, Premium Screen Protector, Sept. 1, 2016

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Catalyst Medium Four, Inc. dba CM4, Inc.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Catalyst Medium Four, Inc., dba CM4, Inc.
500 East 4th St., Suite 122, Austin, TX, 78701, United States

## Rights and Permissions

Page 1 of 2

EXHIBIT 2

**Organization Name:** Catalyst Medium Four, Inc.
**Name:** Matthew T Altschul
**Email:** law@cm4.com
**Telephone:** (866)992-9152
**Address:** 500 W.
Suite 1100
Austin, TX 78701 United States

## Certification

**Name:** J. Scott Denko
**Date:** May 26, 2017
**Applicant's Tracking Number:** 10102.004LL1

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: date published 9/1/2016.

**Registration #:** VA0002051414
**Service Request #:** 1-5059368291

Denko & Bustamante LLP
J. Scott Denko
114 W. 7th St.
Suite 1100
Austin, TX 78701 United States

EXHIBIT 2





# CARRY 3 CARDS + CASH

# REINFORCED SUBSTRUCTURE

Vault's sleek exterior gives way to a shock-absorbent reinforced ribbed substructure that disperses shocks around and away from your phone. Safely





The ruggedized dual-layer design provides minimal thickness and maximum protection





EXHIBIT 2



# HIGH-GRIP TEXTURE

High-grip sides enhance grip and prevent drops.

# LAYFLAT SCREEN GUARD



Safely place your phone face down on flat surfaces without scratching the screen.

**Full Frame Protection**

Durable soft-touch cover provides full-frame protection to cushion your iPhone from drops and dings.

