IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CATALYST MEDIUM FOUR, INC., dba Silk, a Texas Corporation, Plaintiff, | § § § § § | Civil Action No. 17-cv-6833 |
| v. | § § | |
| ULTRAPROOF, INC., a Nevada Corporation, Defendant. | § § § § | JURY TRIAL DEMANDED |

# EXHIBIT 3

Amazon page illustrating the genuine
Vault Wallet from Silk

# Amazon

Try Prime | Cell Phones & Accessories | Countdown to black friday FREE Shipping

Departments | Browsing History | Your Amazon.com | Today's Deals | Gift Cards & Registry | Sell | Help | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In | All Electronics

Cell Phones & Accessories › Cases, Holsters & Clips › Wallet Cases



Roll over image to zoom in

## Silk

### Silk iPhone 7/8 Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet Slayer Vol.1" - Black Onyx

★★★★½  1,453 customer reviews  |  117 answered questions

**Price:** $14.99 ✓prime

FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

**In Stock.**

Want it tomorrow, Nov. 16? Order within **22 hrs 52 mins** and choose One-Day Shipping at checkout. Details

Ships from and sold by Amazon.com. Gift-wrap available.

Offer Type: **iPhone 7 / 8**

[ iPhone 7 / 8 ]  [ iPhone 7 Plus / 8 Plus ]

Color: **Black Onyx**

Product Packaging: **Standard Packaging**

- FITS 3 CARDS PLUS CASH - For the 3 people who still carry cash
- WIRELESS CHARGING COMPATIBLE - Charges through the case. Nikola Tesla approved!
- HIGH-GRIP TEXTURED SIDES - Fewer toilet drops!
- PROTECTIVE AIR-POCKET CORNERS - Think airbags for your iPhone
- INCLUDES FREE SCREEN PROTECTOR FILM - Pretentious film director not included

Compare with similar items

Used & new (10) from $12.14 & FREE shipping on orders over $25.00. Details

**amazon EXCLUSIVES**
**Save 15% or more on top gifts**
Learn more ›

Share ✉ f 🐦 📌

◉ Buy new:  $14.99
Qty: 1
**Add to Cart**
Turn on 1-Click ordering for this browser

Ship to:
plano, 75023

○ Buy used:  $12.14

**Add to List**

**Other Sellers on Amazon**
$14.99    **Add to Cart**
& FREE Shipping on eligible orders. Details
Sold by: Silk®

Used & new (10) from $12.14 & FREE shipping on orders over $25.00. Details

Have one to sell? Sell on Amazon

## Frequently bought together



Total price: **$22.98**
**Add both to Cart**
**Add both to List**

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Silk iPhone 7/8 Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet Slayer Vol.1… $14.99
☑ iPhone 8, 7, 6S, 6 Screen Protector Glass, amFilm Tempered Glass Screen Protector for Apple iPhone 8… $7.99

## Sponsored products related to this item (What's this?)   Page 1 of 49

      

| Caseology [Wavelength Series] Case for iPhone 7 / iPhone 8 - Slim… | iPhone 8/7 Wallet Case,ZVE iPhone 7/8 Card Holder Case, Ultra Slim… | iphone 8 wallet case , iphone 7 / 8 Case , ZVE iphone 7 / 8 Case with Credit Card H… | Silk iPhone 7/8 Rugged Wallet Case - Vault Armor Wallet for iPhone 7/8… | iPhone 8 Wallet Case,Leather Card Case for iPhone 7,Ultra Slim… | Caseology [Parallax Series] Case for iPhone 8 / iPhone 7 - Slim Design… | Lockwood iPhone 7 / 8 | Folio Wallet Card Case | Premium Faux Leather | Vintage… |
|---|---|---|---|---|---|---|
| ★★★★½ 1922 | ★★★★½ 47 | ★★★★½ 285 | ★★★★ 100 | ★★★½ 62 | ★★★★½ 751 | ★★★★ 84 |
| $14.99 ✓prime | $11.99 ✓prime | $14.99 ✓prime | $19.99 ✓prime | $12.88 ✓prime | $12.99 ✓prime | $16.99 ✓prime |

Ad feedback

## Customers who viewed this item also viewed   Page 1 of 8

     

| Spigen Slim Armor CS iPhone 7 Case / iPhone 8 Case with Slim Dual Layer Wallet Design… | iPhone 8 Wallet Case, iPhone 7 Wallet Case, Vena [vCommute] [Military Grade Drop… | Silk iPhone 7/8 Wallet Case - Q CARD CASE [Slim Protective Kickstand CM4 Grip… | Silk iPhone 7/8 Rugged Wallet Case - Vault Armor Wallet for iPhone 7/8… | iPhone 8/7 Wallet Case, VAKO iphone 7/8 Case with Card Holder, Impact Resistant… | Silk iPhone 7/8 Rugged Wallet Case - Vault Armor Wallet for iPhone 7/8… |  |
|---|---|---|---|---|---|---|
| ★★★★½ 953 | ★★★★½ 572 | ★★★★½ 327 | ★★★★ 101 | ★★★½ 93 | ★★★★ 101 | |
| $16.99 ✓prime | $19.99 ✓prime | $23.99 ✓prime | $19.99 ✓prime | $12.99 ✓prime | $19.99 ✓prime | |

## Have a question?

Find answers in product info, Q&As, reviews

## From the manufacturer

EXHIBIT 3





**The Vault 'Wallet Slayer' Vol. 1**

*Stores 3 cards + cash, No extra baggage*

- Carries 3 cards + cash
- Grippy sides
- Real real protective
- Air pocket corners
- Includes free screen protector
- Unique patent pending design

**silk**
*smartish products*

View larger

This is where most companies would compare their philosophies to that of Einstein or Da Vinci, but we'll spare you the pretense. Silk simply makes cases and accessories that make life a little better. With wallet cases, grip cases, and tough & beefy cases, we take a refreshingly bizarre approach to making a great phone case. That's what we call smart-ish.

**Key Features**

   

**Carry 3 Cards + Cash**
Carry all you need in one place. Let the 'Wallet Slayer' simplify your life.

**Protective Air Pocket Corners**
Specially designed with cushioning air pockets (think airbags for your iPhone).

**High Grip Textured Sides**
Specially textured sides give just the right amount of grip fewer toilet drops.

**Includes Screen Protector Film**
Pretentious film director not included (let them stick to the silver screen).

    

Q CARD CASE | BASE GRIP | PUREVIEW | SILK ARMOR | FOLIO

Q Card Case for iPhone 7/8 | Base Grip for iPhone 7/8 | PureView for iPhone 7/8 | Silk Armor for iPhone 7/8 | Folio Wallet for iPhone 7/8

| | Q Card Case | Base Grip | PureView | Silk Armor | Folio |
|---|---|---|---|---|---|
| Type: | Wallet Case | Grip Case | Clear Case | Tough Case | Portfolio Wallet |
| Featured Highlight: | Wallet + Credit Card Kickstand | Super Grippy | Inlaid Diamond Design | Free Glass Screen Protector | Holds 3 Cards + Cash |
| Includes Screen Protector: | | ✓ | ✓ | ✓ | ✓ |
| Product Description: | Holds your cards & cash, plus a credit card kickstand. Ditch the wallet and let the 'Wallet Slayer' carry the essentials. | Meet the cure for clumsiness. High grip textured sides keep your phone secure goodbye toilet drops. | With inlaid diamond design and durable construction, it's the protective glass slipper of the iPhone era. | Light & durable construction with grippy sides. Whether it's beasts or brunch, 'Guardzilla' has your back. | Keep your affairs in order. The Folio holds 3 cards, cash, plus anything else you can wedge in the pockets. |



Charge through the case, Nikola Tesla approved!



# Compare to similar items

   

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| | **This item** Silk iPhone 7/8 Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet Slayer Vol.1" - Black Onyx | Spigen Slim Armor CS for iPhone 7 / iPhone 8 Case with Slim Dual Layer Wallet Design and Card Slot Holder for Apple iPhone 7 (2016) / iPhone 8 (2017) - Gunmetal | Silk iPhone 7 / iPhone 8 Wallet Case, Vena [vCommute] [Military Grade Drop Protection] Flip Leather Cover Card Slot Holder with KickStand for Apple iPhone 8 / iPhone 7 (Space Gray / Black) | Silk iPhone 7/8 Wallet Case - Q CARD CASE [Slim Protective Kickstand CM4 Grip Cover] - "Wallet Slayer Vol.2" - Black Onyx |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | (1453) | (953) | (572) | (327) |
| Price | $14.99 | $16.99 | $19.99 | $23.99 |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | Amazon.com | Spigen Inc | SF Planet | Amazon.com |
| Compatible Phone Models | iPhone 7 | iPhone 7, iPhone 8, Apple iPhone 7 (2016), Apple iPhone 8 (2017) | Apple iPhone 7 | iPhone 7 |

### Product description

Offer Type:iPhone 7 / 8 | Color:Black Onyx | Product Packaging:Standard Packaging

The Vault by Silk is an ultra-slim wallet case for iPhone 7 that comfortably fits 3 cards plus cash. The durable cover provides full-frame protection to guard your phone from drops and dings. The soft-touch finish and high-grip textured sides enhance grip to prevent slipping and drops. The ultra-slim fit allows your device to easily slide in your pocket without sticking to the liner. Natural-Throw buttons provide a tactile response from each click to maintain an organic connection with the phone. The Vault case marries the essentials of a wallet to the form factor of your iPhone 7, providing the ultimate in both convenience and protection.

### Product information

Offer Type:iPhone 7 / 8 | Color:Black Onyx | Product Packaging:Standard Packaging

| | | | |
|---|---|---|---|
| Product Dimensions | 5.5 x 0.5 x 2.8 inches | **Feedback** | |
| Item Weight | 2.2 ounces | If you are a seller for this product, would you like to suggest updates through seller support? | |
| Shipping Weight | 2.2 ounces (View shipping rates and policies) | Would you like to tell us about a lower price? | |
| ASIN | B01JTI41JY | | |
| Item model number | SLK-VT7-BLACK | | |
| Customer Reviews | 1,453 customer reviews 4.6 out of 5 stars | | |
| Best Sellers Rank | #1,191 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #20 in Cell Phones & Accessories > Cases > Wallet Cases | | |

### Related Video Shorts


Silk iPhone Wallet Case - Vault Slim
CM4
1:11

### Sponsored products related to this item (What's this?)       Page 1 of 69

      

| iPhone 8 Wallet case, iPhone 7 Leather Case,Hynice Detachable… 66 $15.88 prime | iPhone 7 Case, CASEKOO Slim Fit Shell Ultra Thin Case Hard Protective… 46 $9.99 prime | iPhone 8 Case,iPhone 7 Case,Casegority Clear Soft Flexible Stylish Watercolor Flowers… $9.99 prime | iPhone 7 Case, Joopapa iPhone 7 Wallet Case, Premium PU Leather… $7.99 prime | iPhone 7 Case RANVOO Stylish Thin Hard Slim Fit Case with 3 Detachable… 1081 $13.99 prime | iPhone 8 Plus & iPhone 7 Plus Case, X-Doria Defense Shield Series… 198 $29.95 prime | iPhone 8 / iPhone 7 Case, RANVOO Slim Fit Shell Hard Plastic Protective Anti-… 31 $10.99 prime |

Ad feedback

### Customer questions & answers

🔍 Have a question? Search for answers


**5 votes**
**Question:** How is this model different than the Qcard case you make?
**Answer:** This case is a one-piece rubber that's a little thicker than the Q Card Case, which has a fabric pocket that conforms to the number of cards in the pocket. The Q Card Case also has an integrated credit card kickstand that allows you to prop the phone into two viewing angles on-the-go. You could consider the Q Card Case… see more
By Silk® SELLER on September 14, 2016


**1 vote**
**Question:** When will you have Rose Pink color?
**Answer:** At this time (10/11/2016) we do not have any immediate plans to release this color. Please check out amazon.com/silkinnovation to see our other products which do come in Rose Gold.
By Silk® SELLER on October 11, 2016


**0 votes**
**Question:** how thick is it
**Answer:** 1/2 inch
By Sara Louis on August 21, 2017
See more answers (4)


**0 votes**
**Question:** Does this have rfid protection?
**Answer:** No
By Cedrick Lofton on August 12, 2017

See more answered questions (113)

| | |
|---|---|
| Customer reviews | Customer images                                 EXHIBIT 3 |



**1,453**

4.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 11% |
| 3 star | | 4% |
| 2 star | | 3% |
| 1 star | | 3% |

See all 1,453 customer reviews

**Share your thoughts with other customers**

Write a customer review

### Read reviews that mention

cards | wallet | card | iphone | credit | holds | carry
cases | plus | cash | license | protection | bulky
protector | dropped | grip | pocket | slim | silk | slot

### Top customer reviews

★★★★★ Waited till I broke it in to review it and here we are!
By Amazon Addict on December 6, 2016
Offer Type: iPhone 7 Plus / 8 Plus | Color: Purple Orchid | Package Type: Standard Packaging | Verified Purchase

Little background on me, phone cases are my obsession. After years of searching I finally found one that I liked and didn't want to always change out. That one was a Speck case. Well eventually I got tired of having to carry a purse so I set out to find a good wallet case. Boy was that an adventure. Long story short I found out which case Jenna Marbles(Mourey) used. Because she uses her phone like I do, I wanted to give it a shot. It was this case. I've now had it for a bit, taken a trip, lived my life, added a couple PopSockets and I will never go back to another case. This thing is cute, it's durable, it's SO THIN, and hold cards like the cases life depends on it you know what I'm saying? Well this phone case thinks these cards are its own and feels the legit terror of losing them. Therefore, it doesn't. I'm so pleased I've bought one for my husband as well and he also loves it (though he knew he didn't have a choice) I'm just over the moon. This case is perfect and SO MUCH CHEAPER THAN EQUIVALENT OTHER CASES THAT DONT DO THEIR JOB!! I'm not kidding y'all. This is the end game. Look no further, this is it. <3



129 helpful votes | Comment | Report abuse

★★★★★ I decided to give this case a try after having a horrible experience with a wallet style case the night I ...
By Shelly & Allan on September 19, 2016
Offer Type: iPhone 7 / 8 | Color: Gunmetal Gray | Package Type: Standard Packaging | Verified Purchase

I am loving this case! I previously had the Otterbox Commuter Wallet on my iPhone 6. However, they don't make that for the iPhone 7. So, I decided to give this case a try after having a horrible experience with a wallet style case the night I got my iPhone 7. I have been so pleasantly surprised by this case. I was worried that the cards might fall out, but the pressure the case applies to the cards keeps them in. I'll be keeping a close eye on that over time to see if it loosens. However, at the price point of this case, if the card slot starts to loosen, I wouldn't hesitate to buy another one. I'm very happy that this is a soft case instead of hard plastic like the Otterbox was. It fits the iPhone 7 snugly and has a raised lip above the screen to protect the screen. It's also slimmer than the Otterbox case. It fits so nicely in the hand and has a nice grip to it. The buttons are covered and work well. The holes for the silent button, speakers, and lightning connector are just the right size and cover the rest of the edges of the phone. My only complaint is that I would like to see more color choices. I typically like lighter, more feminine case colors. So, please, please release this in a red, gold, pink, and maybe even white! I would definitely pick up a few different colors when they became available if the price point stayed the say. You really can't beat it!

108 helpful votes | Comment | Report abuse

★★★★★ Holds up to teething infant + great customer service
By SweetBrie on November 6, 2017
Offer Type: iPhone 7 / 8 | Color: Blue Jade | Package Type: Standard Packaging | Verified Purchase

I have an iPhone 8 and this case fits perfectly. I got the blue green case and the color pictured is true to life. I like the way the case feels--my phone is no longer slippery. In addition, the case is holding up to my teething infant's incisors--no marks or dents. Customer service confirmed that the case does not contain PVC or phthalates. However, unfortunately, they cannot guarantee that it's BPA-free. So, even though my infant has a penchant for this case, it should not be used in lieu of a chew toy. It holds my credit card and ID securely; the cut out allows me to push the cards out with ease, unlike my previous credit card phone cases.

It is a little tricky to apply the screen protector. I was hasty and managed to botch my first attempt, yielding a lot of bubbles. I emailed customer service and they responded within a day. They absolutely stand behind their product, sending me 3 more screen protectors, no questions asked. The only drawback is that this case is thicker than I would like but this is my fault...I should have paid more attention to the dimensions noted in the description.

If anyone knows of a iPhone case that is made with food grade plastic, I'd love to hear about it!

Helpful | Comment | Report abuse

★★★★☆ The long edges are getting a little loose after taking the phone out a few timesI had a Speck card holder case previously for my iphone 5 and really liked it and it has held up for almost 4 ...
By Baummer on October 23, 2017
Offer Type: iPhone 7 / 8 | Color: Black Onyx | Package Type: Standard Packaging | Verified Purchase

fits the iphone 8 well and holds four cards (2 credit cards, 1 drivers license and costco card) as promised. It also makes the power button less apt to turn on with such little pressure than if it had no case. The long edges are getting a little loose after taking the phone out a few timesI had a Speck card holder case previously for my iphone 5 and really liked it and it has held up for almost 4 years without fail and this brand/product seem similar and I hope it will last/perform equally well.

Helpful | Comment | Report abuse

★★★★★ Good phone case for the price
By Bryan on December 27, 2016
Offer Type: iPhone 7 / 8 | Color: Black Onyx | Package Type: Standard Packaging | Verified Purchase

Great phone case. I love being able to have my license and card on me at all times and then leave my wallet if I don't need it. Haven't had many drops but the few Ive had it has seems to protect well enough.

2 helpful votes | Comment | Report abuse

★★★★★ great little case
By sv3tik on April 5, 2017
Offer Type: iPhone 7 / 8 | Color: Purple Orchid | Package Type: Standard Packaging | Verified Purchase

great little case, lovely color and design (keeps the phone somewhat slim despite having the extra card pocket).
I am able to put up to 4 cards in here. Usually though, i keep 3. Nothing has ever fallen out, and i feel really secure with my cards in the case.
Fantastic find, especially for the price.

1 helpful vote | Comment | Report abuse

★★★★★ and my phone was fine and a light scratch on the case
By SpiceyGlitter Enthusiast: Quilting on November 10, 2016
Offer Type: iPhone 7 Plus / 8 Plus | Color: Purple Orchid | Package Type: Standard Packaging | Verified Purchase

This case did what it's suppose to do; protect it from drops and hold my three credit cards and one $20. I dropped my iphone 7 plus on the cement ground yesterday, and my phone was fine and a light scratch on the case.

2 helpful votes | Comment | Report abuse

---

See all customer images

### Most recent customer reviews

★★★★★ **Review for phone protection and card retainment**
Phone protection—
The Case protects phone very well. All corners as well as the edges are cover by the material of the case, preventing scratches well and retards damage hen... Read more
Published 22 minutes ago by Amazon Customer

★★★★☆ **Good quality case and the credit card slot works well**
Good quality case and the credit card slot works well. Cards don't slide out they are held in place by flap inside the slot. Edge is thick enough to provide protection.
Published 32 minutes ago by Donna Trivison

★★★★★ **Five Stars**
Good
Published 59 minutes ago by Ainur

★★★★★ **Five Stars**
Best iPhone case ever! Really convenient and simplifies the items I have to carry.
Published 1 hour ago by Amazon Customer

★★☆☆☆ **Not a bad case, but does get loose overtime on the ...**
Not a bad case, but does get loose overtime on the phone and card slot. Ended up getting the Speck Presidio wallet.
Published 3 hours ago by Ethan Massey

★★★★★ **Five Stars**
As described
Published 4 hours ago by Courtney

★★★★★ **Holds cards tight & protects phone**
I wasn't sure at first if this case would protect my phone well enough. I had an Otterbox case before which us super protective. Read more
Published 5 hours ago by Amazon Customer

★★★★☆ **Works great!**
Good product, good price, would buy again!
Published 14 hours ago by Sandie

★★★★★ **Very Satisfied**
Very happy with the product. Meets all expectations; fit, form, and function. Protective while fitting 3 cards and my ID perfectly. Keeps them secure and accessible.
Published 14 hours ago by That Guy

★★★★★ **Gray case that works well on the iPhone 8!!!**
So far I am really loving this case! I think the color is a nice blue, but would have liked it to be darker like in the picture, but it does look nice. Read more
Published 14 hours ago by Amazon Customer

**Search customer reviews**

[ Search ]

 **Great Case with Great Features**
By Jimmy & Heylin on June 29, 2017
Offer Type: iPhone 7 / 8 | Color: Black Onyx | Package Type: Standard Packaging | **Verified Purchase**

The qualities of this case are outstanding. I very much enjoy the fact that they involve a screen protector with the order. The case has a nice matte finish-smooth feel to it; it feels nice and comfortable in your hands. Cards fit perfectly and are easy to remove from case for use, but not to easy that it falls out. Security is nice in regards to dropping your phone. I can fit three cards and my drivers license very easily.

👍 1 helpful vote | Comment | Report abuse

See all 1,453 reviews

Write a customer review

## Set up an Amazon Giveaway

 Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Silk iPhone 7/8 Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet Slayer Vol.1" - Black Onyx

Set up a giveaway

**Customers who bought this item also bought**   Page 1 of 4

     

iPhone 8, 7, 6S, 6 Screen Protector Glass, amFilm Tempered Glass Screen… ⭐ 29,082 $7.99 ✓prime

Silk Stick-on Phone Wallet - Sidecar Slim Expandable Credit Card Pocket - Fits iPhone… ⭐ 132 $6.99

iPhone 6/6s Wallet Case - Vault Slim Wallet for iPhone 6/6s (4.7") by Silk - Ultra… ⭐ 2,738 $14.99 ✓prime

JETech 2-Pack iPhone 8 7 6s 6 Screen Protector Tempered Glass Film for Apple… ⭐ 2,308 $7.99 ✓prime

Silk iPhone 7/8 Wallet Case - Q CARD CASE [Slim Protective Kickstand CM4 Grip… ⭐ 327 $23.99 ✓prime

iPhone 8 7 Screen Protector, Maxboost (2-Pack) Tempered Glass Screen… ⭐ 2,119 $7.79 ✓prime

**Pages with related products.** See and discover other items: iphone7 film, durable iphone 7 case, 7 case, 7 cases, the iphone 7, tough iphone 7 case



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |

EXHIBIT 3