IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CATALYST MEDIUM FOUR, INC., dba Silk, a Texas Corporation, <br> Plaintiff, <br><br> v. <br><br> ULTRAPROOF, INC., a Nevada Corporation, <br> Defendant. | § § § § § § § § § § | Civil Action No. 17-cv-6833 <br><br><br> JURY TRIAL DEMANDED |

# EXHIBIT 5

California SOS
Statement of Information for Ultraproof, Inc



# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

**FH99466**
**FILED**
In the office of the Secretary of State
of the State of California

**JAN-09 2017**

1. **CORPORATE NAME**
ULTRAPROOF, INC

2. **CALIFORNIA CORPORATE NUMBER**   C3826522

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
1867 WHIPPLE RD, HAYWARD, CA 94544

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE

6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE
ULTRAPROOF INC   1867 WHIPPLE RD, HAYWARD, CA 94544

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/   ADDRESS   CITY   STATE   ZIP CODE
JIANSHEN GUO   1867 WHIPPLE RD, HAYWARD, CA 94544

8. SECRETARY   ADDRESS   CITY   STATE   ZIP CODE
JIANSHEN GUO   1867 WHIPPLE RD, HAYWARD, CA 94544

9. CHIEF FINANCIAL OFFICER/   ADDRESS   CITY   STATE   ZIP CODE
JIANSHEN GUO   1867 WHIPPLE RD, HAYWARD, CA 94544

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS
JIANSHEN GUO

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE
1867 WHIPPLE RD, HAYWARD, CA 94544

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALE ELECTRONIC ACCESSORY

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 01/09/2017 | JIANSHEN GUO | CEO | |

SI-350 (REV 01/2013)   APPROVED BY SECRETARY OF STATE

EXHIBIT 5