IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| CATALYST MEDIUM FOUR, INC., | § | |
| dba Silk, a Texas Corporation, | § | Civil Action No. 17-cv-6833 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| ULTRAPROOF, INC., a Nevada | § | |
| Corporation, | § | |
| Defendant. | | |

# EXHIBIT 6

Amazon page illustrating the
Trianium iPhone X Wallet Case



**amazon**
Try Prime

Departments ⌄

Cell Phones & Accessories ⌄ | Trianium iPhone Wallet Case | 🔍

Countdown to **black friday**  FREE Shipping

EN ⊕ ⌄ | Hello, Sign in Account & Lists ⌄ | Orders | Try Prime ⌄ | 🛒 0 Cart

Browsing History ⌄ | Your Amazon.com | Today's Deals | Gift Cards & Registry | Sell | Help

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-in | All Electronics

‹ Back to search results for "Trianium iPhone Wallet Case "











Roll over image to zoom in

Trianium

## Trianium iPhone 8 Wallet Case [Walletium Series] for Apple iPhone 8 / iPhone 7 Case Wallet Credit Card Protective Holder Enhanced Grip / Card Slot Holder Cover [Heavy Duty Protection] - Black

★★★★½ 35 customer reviews

Price: **$10.95** ✓prime

FREE Shipping on orders over $25—or get **FREE Two-Day Shipping** with Amazon Prime

**Buy 1, get a discount on selected products**   1 Applicable Promotion

**In Stock.**
Want it tomorrow, Nov. 16? Order within **22 hrs 31 mins** and choose One-Day Shipping at checkout. Details
Sold by TrianiumDirect and Fulfilled by Amazon. Gift-wrap available.

- [Compatible with Apple iPhone 8 2017 and iPhone 7 2016] PREMIUM PROTECTION - Extreme dual-layer construction provides full-frame protection, made with the premium TPU material helps protecting from a tough drops, scratches, and bumps.
- CONVENIENT STORAGE - Comfortably fits credit cards, ID's and cash. Ultra-slim wallet case securely protects iPhone 8. (Notes: for best fitment result, insert at least 3 card.)
- PROTECTIVE DESIGN - The walletium credit card case safely elevates the phone with a protective front bezel. This means with the raised lips you can safely place your phone on level surfaces without scratching the screen.
- PERFECT FIT - The tactile button are specially designed for iPhone 8. The high-grip textured sides enhance grip experience and prevent slips/drops.
- LIFETIME WARRANTY - from Trianium to ensure maximum protection for the life of your iPhone 8 Wallet Case.

Compare with similar items

New (3) from $10.95 & FREE shipping on orders over $25.00. Details

Share ✉ f 🐦 📌

Qty: 1 ⌄

**Add to Cart**

Turn on 1-Click ordering for this browser

Ship to:
plano, 75023

Add to List

**Other Sellers on Amazon**

New (3) from $10.95 & FREE shipping on orders over $25.00.
Details

Have one to sell?  Sell on Amazon

**Electronics Gift Guide: 'Tis the season for shiny, new tech**


Under $100


New Releases


Gaming


Audio and Accessories

---

**Frequently bought together**

 +  

Total price: **$18.84**

**Add both to Cart**

Add both to List

☑ **This item:** Trianium iPhone 8 Wallet Case [Walletium Series] for Apple iPhone 8 / iPhone 7 Case Wallet Credit...  $10.95
☑ iPhone 8, 7, 6S, 6 Screen Protector Glass, amFilm Tempered Glass Screen Protector for Apple iPhone 8...  $7.89

**Sponsored products related to this item** (What's this?)

Page 1 of 31


iphone 8 wallet case, iphone 7 / 8 Case, ZVE iphone 7 / 8 Case with Credit Card H...
★★★★½ 285
**$14.99** ✓prime



iPhone 8 Wallet Case,ZVE iPhone 7 / 8 Card Holder Case, Ultra Slim...
★★★★½ 47
**$11.99** ✓prime



iPhone 7 / iPhone 8 Wallet Case, ZVE iPhone 7 / 8 Leather Case, Ultra Durable...
★★★★½ 308
**$15.99** ✓prime



FRIFUN Cell Phone Wallet Ultra-slim Self Adhesive Credit Card Holder Stick on...
★★★★½ 2
**$7.99** ✓prime



iPhone 8 Case, iPhone 7 Case, SHIELDON Genuine Leather Wallet Flip Book...
★★★★★ 10
**$29.99** ✓prime


iPhone 8 Plus / 7 Plus Leather Case, IPHOX Premium Folio Leather Wallet Case...
★★★★½ 30
**$8.99** ✓prime



iPhone 7 Wallet Case, iPhone 7 / iPhone 8 Genuine Leather Case, LAMEEKU...
★★★★½ 141
**$11.99** ✓prime

Ad feedback 💬


EXHIBIT 6

‹ ›

Customers who viewed this item also viewed

       

| Spigen Slim Armor CS iPhone 7 Case / iPhone 8 Case with Slim Dual Layer Wallet Design... | Silk iPhone 7/8 Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet... | Silk iPhone 7/8 Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet... | iPhone 8 Case, TORU [iPhone 8 Wallet Case Black] Hidden Credit Card Holder ID Slot... | Maxboost iPhone 8 Wallet Case [Folio Style] [Stand Feature] mWallet Series Apple... | iPhone 8 Wallet Case, ZVE iPhone 7 Card Holder Case, Ultra Slim Protective... |
|---|---|---|---|---|---|
| ★★★★½ 953 | ★★★★½ 1,453 | ★★★★½ 1,453 | ★★★★ 4 | ★★★★★ 29 | ★★★★½ 48 |
| $16.99 ✓prime | $14.99 ✓prime | $14.99 ✓prime | $14.99 ✓prime | $10.39 ✓prime | $11.99 ✓prime |

Special offers and product promotions

- Save 10% on Trianium iPhone 7 Screen Protector when you purchase 1 or more Qualifying items offered by TrianiumDirect. Enter code 8RE479XE at checkout. Here's how (restrictions apply)

[Add Both To Cart]

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Compare to similar items

   

| | This item Trianium iPhone 8 Wallet Case [Walletium Series] for Apple iPhone 8 / iPhone 7 Case Wallet Credit Card Protective Holder Enhanced Grip / Card Slot Holder Cover [Heavy Duty Protection] - Black | Silk iPhone 7/8 Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet Slayer Vol.1" - Black Onyx | Spigen Slim Armor CS iPhone 7 Case / iPhone 8 Case with Slim Dual Layer Wallet Design and Card Slot Holder for Apple iPhone 7 (2016) / iPhone 8 (2017) - Gunmetal | Maxboost iPhone 8 Wallet Case [Folio Style] [Stand Feature] mWallet Series Apple iPhone 8 (2017)/ iPhone 7 (2016) [Black] Protective Credit Card Leather Cover [Card Slot+Side Pocket] Magnetic Closure |
|---|---|---|---|---|
| | [Add to Cart] | [Add to Cart] | [Add to Cart] | [Add to Cart] |
| Customer Rating | ★★★★½ (35) | ★★★★½ (1453) | ★★★★½ (953) | ★★★★★ (29) |
| Price | $10.95 | $14.99 | $16.99 | $10.39 |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | TrianiumDirect | Amazon.com | Spigen Inc | power-innovation |
| Compatible Phone Models | iphone 8,iphone 7, apple iphone 8,apple iphone 7, unlock iphone 8,unlock iphone 7, iphone 8 2017,iphone 7 20916, apple iphone 8 phone, iphone 8 32gb, iphone 8 128gb, iphone 8 256gb, iphone 8 wallet, case wallet iphone 8, iphone 8 wallet case, iphone 8 credit card holder, iphone 8 card holder, iphone 8 credit card wallet, iphone 8 tpu case, iphone8, apple iphone8, iphone8 2017 | iPhone 7 | iPhone 7, iPhone 8, Apple iPhone 7 (2016), Apple iPhone 8 (2017) | iphone 7s,apple iphone 7s, iphone 7s,apple iphone 7s, iphone 7s 2017,iphone 7s 2016,iphone 7s phone case,iphone 7s phone, iphone 7 32gb,iphone 7s 32gb,iphone 7 128gb,iphone 7s 128gb,iphone 7 256gb,iphone 7 256gb, iphone 7 32gb,iphone 7s 32gb,iphone 7 128gb,iphone 7s 128gb,iphone 7 256gb,iphone 72 256gb |

Product Description

 

EXHIBIT 6




WALLET
COMPARTMENT

MICROFIBER
CLOTH

SHOCK
ABSORBING



# ADVANCED PROTECTION

Casing features three layers of advanced protections for your phone, including:

- Micofiber Cloth Interior for scratch resistant
- Reinforced Corner Cushion Design for drop protection
- Shock absorbing Frame for comfort grip



# STORE YOUR ITEMS

Slide and hide without the extra hassle. A minimalist pocket that will keep your credit cards and cash safe. Comfortably fits wallet items safely gripped and concealed.



### SLIM PROFILE
An ultra thin vault-styled wallet case that reduces bulk and having to carry an extra wallet.



### EASY PORT ACCESS
Precision cutouts for the charging port, camera, and buttons.



### EXTRA PROTECTION
Includes ribbed lining design, provides a comfortable grip, and contains shock-absorbing properties.

**Tired of carrying both your phone and wallet? Simplify your shopping essentials with our Trianium Walletium Series Wallet Case for iPhone 8 / iPhone 7 Phone User !**

- **Comfortably fits credit cards, ID's and cash. (Notes: for best fitment result, insert at least 3 card.)**
- **Protective and Reinforced Corner Cushion absorb and disperse shocks away from phone**
- **Extreme dual-layer protection made of a top-quality TPU**
- **Soft-grip textured sides enhance grip and prevent drops**
- **Protective Front Bezel design for ultimate screen protection**

## Product information

| | |
|---|---|
| Product Dimensions | 5.7 x 2.8 x 1 inches |
| Item Weight | 1.4 ounces |
| Shipping Weight | 3.8 ounces (View shipping rates and policies) |
| ASIN | B01IRXBCCQ |
| Customer Reviews | ★★★★½ 35 customer reviews<br>4.3 out of 5 stars |
| Best Sellers Rank | #8,994 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#263 in Cell Phones & Accessories > Cases > Wallet Cases |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**

Would you like to **tell us about a lower price?**

Sponsored products related to this item   (What's this?)

Page 1 of 50


Silk iPhone 7/8


iPhone 8 Leather


iPhone 7 / iPhone 8


iPhone 7 / iPhone 8

iPhone 8 Wallet

iPhone 7 Cases,


Caseology [Apex

EXHIBIT 6

| Wallet Case - VAULT Protective Credit Card Grip Cover - "Wallet... | Case, iPhone 7 Flip Cover, Harsel Fashion Flower Print... | Wallet Case, ZVE Case,iPhone Wallet Case, Ultra Durable... | Case with Card Holder,iPhone 6 iPhone 7 / iPhone 8... | Case,Leather Card Valkit Premium Genuine Leather... | iPhone 7 Wallet Case, Valkit Premium Genuine Leather... | Series] Case for iPhone 8 Plus / iPhone 7 Plus... |
| ⭐⭐⭐⭐ 1449 | ⭐⭐⭐⭐⭐ 1 | ⭐⭐⭐⭐ 308 | ⭐⭐⭐⭐ 19 | ⭐⭐⭐ 62 | ⭐⭐⭐⭐ 99 | ⭐⭐⭐⭐ 27 |
| $14.99 ✓prime | $8.59 ✓prime | $15.99 ✓prime | $11.99 ✓prime | $9.88 ✓prime | $19.99 ✓prime | $13.99 ✓prime |

Ad feedback 💬

## Customer questions & answers

🔍 Have a question? Search for answers

0 votes

**Question:** Would wireless charging (qi) still work with this case on?

**Answer:** I couldn't tell you indefinitely, I truely don't know
By Jalal on October 25, 2017

See more answers (2)

## Customer reviews


⭐⭐⭐⭐½ 35

4.3 out of 5 stars

| | | |
|---|---|---|
| 5 star | ▓ | 74% |
| 4 star | ▏ | 11% |
| 3 star | ▏ | 3% |
| 2 star | ▏ | 3% |
| 1 star | ▏ | 9% |

See all 35 customer reviews

**Share your thoughts with other customers**

[ Write a customer review ]

### Read reviews that mention

cards · wallet · iphone · card · credit · protection · holder · slot · rubber · durable · cash · push · trianium · protective · holds · apple · cases · buttons

### Top customer reviews

⭐⭐⭐⭐⭐ **Sturdy Wallet Case with good feel**
By Mugen on October 6, 2017
Verified Purchase

Sturdy, well made wallet case with good feel, this case hold my phone as expected, Strong yet slightly elastic rubber material that protects the phone, nice cloth/hard foam material at the back of the phone inside the case. The card holder is nice, the main reason why someone would get this case I assume. You need to have 3 cards at least to have enough retention. Or 2 cards and a few bills, at 2 cards, you can shake out the cards, but at 3 you can only push them out. I use it for a Driver's license, Credit and a debit card or cash. I like not needing my wallet at certain occasions.

The case it self is well built, feels nice in my hand, buttons press feels good. No complaints, for what I want it for, it does a beautiful job!

👍 Helpful | Comment | Report abuse

⭐⭐⭐⭐⭐ **Great for work in a secured office.**
By Aaron Gipe on October 3, 2017
Verified Purchase

I really like this case. It's made of a durable plastic/rubber so it's easy to hold on to and won't break when putting it on the phone although if it got cold it might be a little brittle. My phone doesn't get cold since it's in my pocket 90% of the time so that isn't a concern for me. Also, the card storage is great. I use this for work and can keep my badge in the pocket so it's easy to use the proximity card to get into secure places at work. While the case is metal or super hard it does have a lip that covers the edges of the phone to help prevent the screen from hitting the ground if dropped.

👍 Helpful | Comment | Report abuse

⭐⭐⭐⭐⭐ **Case cum Wallet**
By vaibhav13784 on October 10, 2017
Verified Purchase

Trianium iPhone 8 Wallet Case [Walletium Series] for Apple iPhone 8 / iPhone 7 Case Wallet Credit Card Protective Holder Enhanced Grip / Card Slot Holder Cover [Heavy Duty Protection] - Black
I bought this case for my iPhone 6 because of its backward compatibility. It works well with iPhone 6/6s/7/7s/8.
It is very light though tough and durable. The extra slots help me to carry cards, IDs and money. A case cum wallet.

👍 Helpful | Comment | Report abuse

⭐⭐⭐⭐☆ **Wrap it up**
By S. Bernstein on September 26, 2017
Verified Purchase

Fits my iPhone 7 very well. tested functionality of using license and credit cards in the 'wallet' portion and worked for 2-3 cards without issue. Was able to use my thumb to push the cards out the opposite side. I didn't drop my phone, but this case should provide similar protection to other TPU-based cases. Great case for the money - other wallet cases cost much more.

👍 Helpful | Comment | Report abuse

⭐⭐⭐⭐⭐ **Great wallet case**

### Customer images

  

See all customer images

### Most recent customer reviews

⭐⭐⭐⭐⭐ **No complaints**
No complaints on the fitment. I wish there is a little more raised edge like the other feedback, but what is the point to having it if we have tempered glass on it? Read more
Published 2 days ago by Caroline0Morris

⭐☆☆☆☆ **Not worth it**
I would give this less than one star if possible. One drop and my screen cracked. The info says there is a lip over the front edge of the phone, but it is very small and WILL NOT... Read more
Published 8 days ago by Grant907

⭐⭐⭐⭐⭐ **Nice case**
Nice case for iPhone 8
Published 13 days ago by DGW

⭐☆☆☆☆ **One Star**
Does not tightly hold my cards in at all. Three at once and it is still loose.
Published 15 days ago by Rachel Cellini

⭐⭐☆☆☆ **iPhone 8 Fit Issue**
Appears to not fit my iPhone 8 properly...I know that the iPhone 7 & 8 are very slightly different sizes, perhaps that is causing the issue for this case on iPhone 8? Read more
Published 19 days ago by Shan

⭐⭐⭐⭐⭐ **Five Stars**
Perfect! This is just what I was looking for and more! Worth every penny!
Published 20 days ago by Kevin

⭐⭐⭐☆☆ **Just ok.**
Fits the price but very cheap compared to Otterbox. Seems like cards could fall out. A little flimsy but you get what you pay for.
Published 25 days ago by Mark Hanton

⭐⭐⭐⭐⭐ **Great case!!!**
This is a great cover. Cards fit perfect
Published 1 month ago by Angela Martin

⭐☆☆☆☆ **Size advertised is wrong!!!!!**
Advertised size is wrong. The case is made for a iPhone 5 or 6 but waaaay too small for a iPhone 7 or 8.
Published 1 month ago by Amazon Customer

⭐⭐⭐⭐⭐ **Nice wallet design**
The case isn't very sturdy and now I have an easy way to hold my cards all in one place.
Published 1 month ago by Jalal

🔍 Search customer reviews

[ Search ]

EXHIBIT 6

★★★★★ **Great wallet case**
By Kristy Serviss on October 7, 2017
Verified Purchase

I'm a big fan of wallet cases and some of the ones I've had in the past didn't hold up. I've been using this one for a couple weeks now and it's seems to be better made and higher quality than the previous ones I've purchased. I love the fact it will hold up to 4 cards rather than the older models that you had to squeeze two in. I would highly. Recommend this case to anyone looking for a wallet case.

👍 Helpful | Comment | Report abuse

★★★★★ **Great for a quick trip to the gym, no need for a wallet!**
By SamKQboro on October 3, 2017
Verified Purchase

I startled using this with my iPhone 7 and it fit perfect. At first I was hesitant to putting any cards of valuable but it fits and stays in just perfect. This way I can skip taking my wallet to places like the gym or a quick bike ride around, can't wait to try it on my new iPhone 8 that's coming in!

👍 Helpful | Comment | Report abuse

★★★★★ **Great Product!!**
By Juan Benavidez on September 30, 2017
Verified Purchase

Trianium just keeps coming up with great products like this,

Case offers great protection and the wallet on the back feature it's a great concept and useful,

I was able to stack 4 credit cards and hold them firmly.

Highly recommended product!!!



👍 Helpful | Comment | Report abuse

★★★★★ **Very versatile**
By ricardo juarez on October 3, 2017
Verified Purchase

I can't believe how soft yet so durable this case is. It's made of very some sort of rubber material but extremely soft to the touch but firm to absorb drops. I like the fact that I can hold my essential credit cards when I just want to take a quick trip to the store.

👍 Helpful | Comment | Report abuse

**See all 35 reviews**

[ Write a customer review ]

---

**Customers who bought this item also bought**                    Page 1 of 6












Trianium iPhone 8 Plus Wallet Case [Walletium Series] for Apple iPhone 8Plus...
★★★★★ 42
$10.98 ✓prime

Trianium iPhone X Wallet Case [Walletium Series] for Apple iPhone x / iPhone 10...
★★★★★ 86
$11.95 ✓prime

Trianium Protanium iPhone X Case with Reinforced Corner Cushion TPU Bumper...
★★★★★ 77
$13.99 ✓prime

Trianium CLARIUM SERIES Case for Google Pixel 2 XL (2017) Premium Pixel 2 XL...
★★★★☆ 79
$14.99 ✓prime

iPhone 8 Case, Trianium Protanium Apple iPhone 8 Case (2017) with Heavy...
★★★★½ 221
$12.49 ✓prime

iPhone X Case, Trianium [Clarium Series] iPhone X Case with Reinforced...
★★★★½ 47
$10.99 ✓prime

---

**Your recently viewed items and featured recommendations**          May include Sponsored Products

Inspired by your browsing history                                    Page 1 of 9








Tech Armor Apple iPhone X Ballistic Glass Screen Protector [2-Pack] Case-Friendly...
★★½ 113

Spigen Ultra Hybrid iPhone X Case with Air Cushion Technology and Hybrid Drop Protection...

Spigen Thin Fit iPhone X Case with SF Coated Non Slip Matte Surface for Excellent Grip and...

Spigen Slim Armor CS iPhone X Case with Slim Dual Layer Wallet Design and Card Slot Holder...

Bovon iPhone X Screen Protector, [3D Full Coverage] [9H Hardness] [Ultra Clear] [Scratch...

Caseology [Parallax Series] Case for iPhone 8 / iPhone 7 - Slim Design Protective Dual Layer...



EXHIBIT 6

$7.95 ✓prime

★★★★☆ 523
$11.99 ✓prime    Case 5:17-cv-00833-EJD    Document 1-6    Filed 11/28/17    Page 7 of 7 ✓prime

★★★★☆ 42
$16.99 ✓prime

★★★☆☆ 56

★★★★☆ 759
$13.99 ✓prime

You
viewed 

› View or edit
your browsing
history

See personalized recommendations

Sign in

New customer? Start here.

Back to top

## Get to Know Us

Careers
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ⌄    🇺🇸 United States

11 15 2017

EXHIBIT 6