IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CATALYST MEDIUM FOUR, INC., dba Silk, a Texas Corporation, Plaintiff, | § § § § § | Civil Action No. 17-cv-6833 |
| v. | § § | JURY TRIAL DEMANDED |
| ULTRAPROOF, INC., a Nevada Corporation, Defendant. | § § § | |

# EXHIBIT 7

## Trianium Impostor Vault Wallet Case Images



EXHIBIT 7



EXHIBIT 7